| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Stephen Ruehmann, 167533<br>Law Offices of Stephen C. Ruehmann<br>770 L Street, Ste. 950<br>Sacramento, CA 95814 | (916) 449-3939 | |
| | Ref. No. or File No. | |
| ATTORNEY FOR (Name): Plaintiff | Ocbena | |

Insert name of court, judicial district or branch court, if any:

United States District Court for the Northern District of Califo
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

Ocbena, et al

DEFENDANT:

GMAC Mortgage, LLC, et al.

| PROOF OF SERVICE | DATE:<br>7/21/2010 | TIME:<br>10:30 AM | DEPT/DIV:<br>F | CASE NUMBER:<br>CV 10 1552 JL |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons, Complaint, Civil Case Cover Sheet, Order Setting Initial Case Management Conference and ADR Deadlines

2. Party Served: Streamline Funding, a California Corporation

3. Person Served: Mark C. Watson - Person authorized to accept service of process

4. Date & Time of Delivery: 4/19/2010  5:05 PM

5. Address, City and State: 1633 Bayshore Highway Suite 341
Burlingame, CA 94010

6. Manner of Service: Personal Service - By personally delivering copies.

**BY FAX**

Fee for Service: $ 59.00

Registered California process server.
County: ALAMEDA
Registration No.:1020

Chris Beale
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 4/20/2010 at Oakland, California.

Signature: *Chris Beale*

Chris Beale

OL# 6714751