| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Stephen Ruehmann, 167533<br>Law Offices of Stephen C. Ruehmann<br>770 L Street, Ste. 950<br>Sacramento, CA 95814 | (916) 449-3939 | |
| | Ref. No. or File No. | |
| ATTORNEY FOR (Name): Plaintiff | Ocbena | |

Insert name of court, judicial district or branch court, if any:

United States District Court for the Northern District of Califo
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

Ocbena, et al.

DEFENDANT:

GMAC Mortgage, LLC, et al.

| PROOF OF SERVICE | DATE:<br>7/21/2010 | TIME:<br>10:30 AM | DEPT/DIV:<br>F | CASE NUMBER:<br>CV 10-1552 JL |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of: Summons, Complaint, Civil Case Cover Sheet, Order Setting Initial Case Management Conference and ADR Deadlines

2. Party Served:        Property Relief, a business entity, form unknown

3. Person Served:       Don Labit, Clerk - Person in Charge of Office

   a. Left with:        Don Labit, Clerk- Person in Charge of Office

4. Date & Time of Delivery:  4/19/2010        4:47 PM

5. Address, City and State:  61 Airport Blvd. Suite C
                             South San Francisco, CA 94080

6. Manner of Service:   By leaving the copies with or in the presence of Don Labit, Clerk, (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

BY FAX

80.00

Registered California process server.
County: ALAMEDA
Registration No.: 1020

Chris Beale
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 4/20/2010 at Oakland, California.

Signature: *Chris Beale*

Chris Beale

OL# 6714754

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): Stephen Ruehmann, 167533 Law Offices of Stephen C. Ruehmann 770 L Street, Ste. 950 Sacramento, CA 95814 ATTORNEY FOR (Name): Plaintiff | TELEPHONE NO.: (916) 449-3939 | FOR COURT USE ONLY |
|---|---|---|
| | Ref. No. or File No. Ocbena | |

Insert name of court, judicial district or branch court, if any:

United States District Court for the Northern District of Califo
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:
Ocbena, et al.

DEFENDANT:
GMAC Mortgage, LLC, et al.

| **PROOF OF SERVICE BY MAIL** | DATE: 7/21/2010 | TIME: 10:30 AM | DEPT/DIV: F | CASE NUMBER: CV 10-1552 JL |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 4/20/2010, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made (if applicable), I mailed copies of the:

Summons, Complaint, Civil Case Cover Sheet, Order Setting Initial Case Management Conference and ADR Deadlines

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Oakland, CA, California, addressed as follows:

Property Relief, a business entity, form unknown
Don Labit, Clerk
61 Airport Blvd., Suite C
South San Francisco, CA 94080

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

80.00

Peter House
Chris Beale
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 4/20/2010 at Oakland, California.

_____
Peter House

OL# 6714754