POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Stephen Ruehmann, 167533<br>Law Offices of Stephen C. Ruehmann<br>770 L Street, Ste. 950<br>Sacramento, CA 95814<br>TELEPHONE NO.: (916) 449-3939<br>ATTORNEY FOR (Name): Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court for the Northern District of Califo<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |

| PLAINTIFF/PETITIONER: Ocbena, et al. | CASE NUMBER:<br>CV 10 1552 |
|---|---|
| DEFENDANT/RESPONDENT: GMAC Mortgage, LLC, et al. | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>Ocbena |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: See Attached List

**BY FAX**

3. a. Party served: Pacifica Group 49/ii, a business entity, form unknown

   b. Person Served: Latanya Edwards - Person authorized to accept service of process

4. Address where the party was served: 311 North Robertson Blvd. Suite 477
   Beverly Hills, CA 90211

5. I served the party
   b. by substituted service. On (date): 4/16/2010 at (time): 4:00 PM I left the documents listed in item 2 with or in the presence of: Latanya Edwards - Person In Charge
   (1) (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:
   Pacifica Group 49/ii, a business entity, form unknown
   under: Other: Business Organization Form Unknown

7. **Person who served papers**
   a. Name: Jimmy Lizama
   b. Address: One Legal - 194-Marin
   504 Redwood Blvd #223
   Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 80.00
   e. I am:
   (3) registered California process server.
   (i) Employee or independent contractor.
   (ii) Registration No.: 4553
   (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 4/19/2010

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

OL# 6714-757

ATTACHED LIST

SUMMONS IN A CIVIL ACTION;

COMPLAINT;

CIVIL COVER SHEET;

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINE;

NOTICES;

CONTENTS OF JOINTS CASE MANAGEMENT STATEMENT;

ECF REGISTRATION INFORMATION HANDOUT;

OFFICE HOURS;

NOTICE OF ASSIGNMENT OF CASE TO UNITED STATES MAGISTRATE JUDGE FOR TRIAL;

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE