| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Stephen Ruehmann, 167533<br>Law Offices of Stephen C. Ruehmann<br>770 L Street, Ste. 950<br>Sacramento, CA  95814 | (916) 449-3939 | |
| | Ref. No. or File No. | |
| ATTORNEY FOR (Name):   Plaintiff | Ocbena | |

Insert name of court, judicial district or branch court, if any:

United States District Court for the Northern District of Califo
450 Golden Gate Avenue
San Francisco, CA  94102-3483

PLAINTIFF:

Ocbena, et al.

DEFENDANT:

GMAC Mortgage, LLC, et al.

| **PROOF OF SERVICE BY MAIL** | | | | CASE NUMBER:<br>CV 10 1552 |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action.  My business address is 504 Redwood Blvd #223, Novato, CA  94947.

On 4/19/2010, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

**BY FAX**

See Attached List

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, CA, California, addressed as follows:

Pacifica Group 49/ii, a business entity, form unknown
Latanya Edwards
311 North Robertson Blvd., Suite 477
Beverly Hills, CA  90211

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

$ 80.00

Mirian Flores
One Legal – 194-Marin
504 Redwood Blvd #223
Novato, CA  94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 4/19/2010 at Los Angeles, California.

_____
Mirian  Flores

OL# 6714757

ATTACHED LIST

SUMMONS IN A CIVIL ACTION;

COMPLAINT;

CIVIL COVER SHEET;

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINE;

NOTICES;

CONTENTS OF JOINTS CASE MANAGEMENT STATEMENT;

ECF REGISTRATION INFORMATION HANDOUT;

OFFICE HOURS;

NOTICE OF ASSIGNMENT OF CASE TO UNITED STATES MAGISTRATE JUDGE FOR TRIAL;

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE