| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Stephen Ruehmann, 167533<br>Law Offices of Stephen C. Ruehmann<br>770 L Street, Ste. 950<br>Sacramento, CA 95814 | (916) 449-3939 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Ocbena | |

Insert name of court, judicial district or branch court, if any:

United States District Court for the Northern District of Califo
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:
Antonio L. Ocbena and Maria Lourdes B. Ocbena

DEFENDANT:
GMAC Mortgage, LLC, et al.

| PROOF OF SERVICE | DATE: 7/21/2010 | TIME: 10:30 AM | DEPT/DIV: F | CASE NUMBER: CV 10 1552 |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of: Summons, Civil Case Cover Sheet, Complaint, Case Management Order and ADR Deadlines

2. Party Served: ETS Service, LLC

3. Person Served: CSC - Becky DeGeorge - Person authorized to accept service of process

4. Date & Time of Delivery: 4/15/2010    1:50 PM

5. Address, City and State: 2730 Gateway Oaks Dr
Sacramento, CA 95833

6. Manner of Service: Personal Service - By personally delivering copies.

BY FAX

Fee for Service: $ 29.00

Registered California process server.
County: SACRAMENTO
Registration No.: 2009-99

David Saavedra
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 4/15/2010 at Sacramento, California.

Signature: _David Saavedra_

David Saavedra

OL# 6714758