POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Stephen Ruehmann, 167533<br>Law Offices of Stephen C. Ruehmann<br>770 L Street, Ste. 950<br>Sacramento, CA 95814<br>TELEPHONE NO.: (916) 449-3939<br>ATTORNEY FOR (Name): Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF | |
| United States District Court for the Northern District of Califo<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |
| PLAINTIFF/PETITIONER: Ocbena, et al | CASE NUMBER:<br>CV 10-1552 JL |
| DEFENDANT/RESPONDENT: GMAC Mortgage, LLC, et al. | |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>Ocbena |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Complaint, Civil Case Cover Sheet, Order Setting Initial Case Management Conference and ADR Deadlines

3. a. Party served: Mortgage Electronic Registration System, Inc., a Delaware Corporation

   b. Person Served: John Brosnan - Person authorized to accept service of process

4. Address where the party was served: 3321 Vincent Road
   Pleasant Hill, CA 94523

5. I served the party
   b. **by substituted service.** On (date): 4/19/2010     at (time): 3:35 PM     I left the documents listed in item 2 with or in the presence of: Wendy Zimmerman

   (2)     a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   Mortgage Electronic Registration System, Inc., a Delaware Corporation

   under:     CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:          Clarence Randolph
   b. Address:       One Legal - 194-Marin
                     504 Redwood Blvd #223
                     Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 80.00
   e. I am:
      (3) registered California process server.
          (i) Employee or independent contractor.
          (ii) Registration No.: 822
          (iii) County ALAMEDA

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 4/20/2010

Clarence Randolph
(NAME OF PERSON WHO SERVED PAPERS)                                    (SIGNATURE)

BY FAX

Form Adopted for Mandatory Use
Judicial Council of California POS-010
(Rev. Jan 1, 2007)

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

OL# 6714753

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Stephen Ruehmann, 167533<br>Law Offices of Stephen C. Ruehmann<br>770 L Street, Ste. 950<br>Sacramento, CA 95814 | (916) 449-3939 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Ocbena | |

Insert name of court, judicial district or branch court, if any:

United States District Court for the Northern District of Califo
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:
Ocbena, et al

DEFENDANT:
GMAC Mortgage, LLC, et al.

| PROOF OF SERVICE BY MAIL | | | | CASE NUMBER:<br>CV 10-1552 JL |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 4/20/2010, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

Summons, Complaint, Civil Case Cover Sheet, Order Setting Initial Case Management Conference and ADR Deadlines

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Oakland, CA, California, addressed as follows:

Mortgage Electronic Registration System, Inc., a Delaware Corporation
John Brosnan
3321 Vincent Road
Pleasant Hill, CA 94523

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

$ 80.00

Peter House
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 4/20/2010 at Oakland, California.

*Peter House* (signature)

Peter House

OL# 6714753